UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Omni MedSci, Inc.,**<br><br>      *Plaintiff/Counter-Defendant*,<br><br>v.<br><br>**Apple Inc.,**<br><br>      *Defendant/Counter-Plaintiff*. | **Case No. 2:18-cv-429-RWS**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF ESI ORDER

Plaintiff/Counter-Defendant Omni MedSci, Inc. and Defendant/Counter-Plaintiff Apple Inc. move for entry of the ESI Order attached hereto as Exhibit A. The parties respectfully request that the Court grant this motion and enter the proposed ESI Order attached hereto.

1

Date:  December 14, 2018

Respectfully submitted,

/s/  Thomas A. Lewry
Thomas A. Lewry LEAD COUNSEL
    (MI Bar No. P36399)
John S. LeRoy (MI Bar No. P61964)
Robert C. J. Tuttle (MI Bar No. P25222)
John M. Halan (MI Bar No. P37616)
Christopher C. Smith (MI Bar No. P73936)
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone:  (248) 358-4400
Facsimile:   (248) 358-3351
Email:  tlewry@brookskushman.com
    jleroy@brookskushman.com
    rtuttle@brookskushman.com
    jhalan@brookskushman.com
    csmith@brookskushman.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
State Bar No. 24078488
E-Mail:  andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Omni MedSci, Inc.*

/s/   Kelley A. Conaty
Melissa Richards Smith (TX Bar No. 24001351)
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Phone: (903) 934-8450 / Fax: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Kelley A. Conaty (TX Bar No.: 24040716)
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue Suite 2000
Dallas, TX 75201
Phone: (214) 981-3300 / Fax: (214) 981-3400
Email: kconaty@sidley.com

Ching-Lee Fukuda
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Phone: (212) 839-5300 / Fax: (212) 839-5599
Email: clfukuda@sidley.com

Irene Yang
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Phone: (415) 772-1200 / Fax: (415) 772-7400
Email: dlanderson@sidley.com
Email: irene.yang@sidley.com

Jeffrey Kushan
Thomas A. Broughan III
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
Phone: (202) 736-8000 / Fax: (202) 736-8711
Email: jkushan@sidley.com
Email: tbroughan @sidley.com

*Attorneys for Apple Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on December 14, 2018.

                                                                                                                         /s/ Kelley A. Conaty