# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OMNI MEDSCI, INC.,** | CASE NO. 19-cv-05673-YGR |
| Plaintiff, | |
| vs. | **ORDER GRANTING ADMINISTRATIVE MOTIONS TO SEAL** |
| **APPLE INC.,** | Re: Dkt. No. 201 |
| Defendant. | |

On October 31, 2019, defendant Apple Inc. filed a motion to dismiss, or alternatively, for leave to file motion for reconsideration. (Dkt. No. 202.) Defendant simultaneously filed an administrative motion to seal certain portions of its motion to dismiss and supporting materials. (Dkt. No. 201.) Defendant did not object to unsealing the materials, but stated that plaintiff Omni MedSci, Inc. and third-party University of Michigan designated the material as "CONFIDENTIAL" and "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order and should be given an opportunity to file a declaration establishing that the material is sealable. (*Id.* at 1.)

On November 1, 2019, defendant filed a motion of withdraw its motion to dismiss, or alternatively, for leave to file motion for reconsideration. (Dkt. 203.)

Given that defendant's motion is now moot, the Court **GRANTS** the pending motion to seal **WITHOUT PREJUDICE** to the parties filing additional such motions in connection with any renewed motion to dismiss, which the Court would consider on the merits.

This Order terminates Docket Number 201.

**IT IS SO ORDERED.**

Dated: November 6, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**