UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OMNI MEDSCI, INC.,<br><br>*Plaintiff/Counter Defendant,*<br><br>vs.<br><br>APPLE INC.,<br><br>*Defendant/Counter Claimant.* | Case No.  19-CV-05673-YGR<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO ORDER REGARDING APPLE INC.'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION REGARDING SUBJECT-MATTER JURISDICTION**<br><br>Assigned to Hon. Yvonne Gonzalez Rogers |

Now before the Court is Defendant and Counter Claimant Apple Inc.'s ("Apple") Administrative Motion to File Under Seal ("Motion to Seal") filed pursuant to this Court's Order Regarding Apple Inc.'s Request for Leave to File Motion for Reconsideration Regarding Subject-Matter Jurisdiction (ECF No. 212) Re: ECF No. 208.

The Court has considered the Motion to Seal.  The Motion to Seal seeks authorization to file the documents or portions thereof identified below under seal pursuant to the Court's November 15 order directing Apple "to file an unredacted version of the transferor court's order denying the motion to dismiss (Dkt. No. 151), and the parties briefing on that motion, under seal." ECF No. 212 at 1:20-22.  Having considered Apple's motion and declarations submitted in support thereof, the

Court finds good cause to grant the sealing request. The Court therefore **GRANTS** the motion to seal and **ORDERS** sealed the following:

| Document | Portion to be Filed Under Seal (Page:Lines) | Designating Party |
|---|---|---|
| Defendant and Counter Claimant Apple Inc.'s Motion to Dismiss for Lack of Standing, ECF No. 90 | Green highlighted portions in Table of Exhibits, pp. 7, 10, 19-20, 25, 27; Entirety of Exs.41-42 | UM or Omni |
| | Yellow highlighted portions in Table of Exhibits, pp. 1-20, 22, 24-28, 30; Entirety of Exs. 1-2F, 4-5, 9-10,16-21, 23, 26, 31, 33-37, 39, 43 | UM |
| | Blue highlighted portions in Table of Exhibits, pp. 6, 8-10, 14, 16, 20, 28, 30; Entirety of Exs. 27-30, 40, 44 | Omni |
| [Corrected] Omni MedSci's Opposition to Apple's Motion to Dismiss for Lack for Standing, ECF No. 107 | Green highlighted portions on pp. 6-8, 10; Entirety of Exs. C, I | UM |
| | Entirety of Exs. D, F | Omni |
| | Red highlighted portions on p. 10; Entirety of Ex. G | Apple |
| Defendant and Counter Claimant Apple Inc.'s Reply to Omni MedSci's Opposition to Apple's Motion to Dismiss for Lack of Standing, ECF No. 110 | Green highlighted portions on pp. 4-5 | UM or Omni |
| | Yellow highlighted portions in Table of Exhibits, pp. 2-4, 6-7 | UM |
| | Blue highlighted portions in Table of Exhibits, p. 3; Entirety of Ex. 46 | Omni |
| Omni MedSci's Surreply in Opposing Apple's Motion to Dismiss for Lack of Standing, ECF No. 116 | Green highlighted portions on p. 9 | UM or Omni |
| | Entirety of Ex. O | Omni |

**IT IS SO ORDERED.**

DATED: _____     _____
                                  The Honorable Yvonne Gonzalez Rogers
                                  United States District Judge